# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHELSEA BATTLES,<br><br>                              Plaintiff,<br><br>v.<br><br>WAL-MART STORES EAST, INC., and<br>WAL-MART STORES EAST, LP, d/b/a<br>WAL-MART SUPERCENTER #150<br>a/k/a WAL-MART INC.,<br><br>                              Defendants. | Case No.:  CIV-25-00067-J |

## DEFENDANTS' FINAL WITNESS LIST

In accordance with the Scheduling Order entered by the Court, the following is the Final Witness List of Defendants, Walmart Inc., a Delaware Corporation and Wal-Mart Stores East, L.P., a Delaware Limited Partnership ("Walmart")

### WITNESSES EXPECTED TO BE CALLED

| NO. | WITNESS & ADDRESS | PROPOSED TESTIMONY |
|---|---|---|
| 1. | Chelsea Battles<br>c/o Aldridge Teasdale<br>324 W. Main Street<br>Norman, OK 73069 | As Deposed. Will testify as to facts and circumstances surrounding the subject incident, damages claimed and medical treatment rendered. |
| 2. | Debora Johnston<br>c/o Walmart #150<br>3215 Williams Ave<br>Woodward, OK 73801 | As Deposed. Will testify as to facts and circumstances surrounding the subject incident, damages claimed and medical treatment rendered. |
| 3. | Aarron Parrott<br>c/o Walmart #150<br>3215 Williams Ave<br>Woodward, OK 73801 | As Deposed. Will testify regarding Defendant Walmart's Policies and Procedures. |
| 4. | Greg J. Zeiders, DO,<br>FAOAO<br>The Allegheny Group | IME will testify as to opinions of Plaintiff's injuries, physical condition and medical treatment following Plaintiff's alleged incident, |



PLAINTIFF'S EXHIBIT "3"

| | 3414 NW 135th Street Oklahoma City, OK 73120 | his examination results, medical diagnosis and opinions concerning treatment and reasonableness of charges for treatment. |
|---|---|---|

## WITNESSES THAT MAY BE CALLED

| | | |
|---|---|---|
| 5. | Representative of Integris Health and/or Joel Anderson III, MD Rene E. Nix, RN 3300 NW Expressway Oklahoma City, OK 73112 | Will testify regarding Plaintiff's medical treatment, condition, history, diagnosis, payments accepted for bills for purposes of Rule 3009.1, pre-existing conditions, reasonableness of medical expenses charged and facts and circumstances of medical fee schedule. |
| 6. | Representative of Family Care Center, Dr. Tammy Loomis 1220 7th Street Woodward, OK 73801 | Will testify regarding Plaintiff's medical treatment, condition, history, diagnosis, payments accepted for bills for purposes of Rule 3009.1, pre-existing conditions, reasonableness of medical expenses charged and facts and circumstances of medical fee schedule. |
| 7. | Representative of New Seiling Hospital and/or Janey Leachman-Hammons, APRN-CNP Dr. Michael Robinson, MD 809 NE Hwy 60 Seiling, OK 73663 | Will testify regarding Plaintiff's radiology treatment, condition, history, diagnosis, payments accepted for bills for purposes of Rule 3009.1, pre-existing conditions, reasonableness of medical expenses charged and facts and circumstances of medical fee schedule. |
| 8. | Representative of Oklahoma Injury Specialists and/or Dr. Arthur Conley 3130 SW 89th Street, Suite 200 Oklahoma City, OK 73159 | Will testify regarding Plaintiff's medical treatment, condition, history, diagnosis, payments accepted for bills for purposes of Rule 3009.1, pre-existing conditions, reasonableness of medical expenses charged and facts and circumstances of medical fee schedule. |
| 9. | Representative of Oklahoma ER and Hospital Mike Benson, CT/MRI Tch 15103 Pennsylvania Ave. Oklahoma City, OK 73013 | Will testify regarding Plaintiff's medical treatment, condition, history, diagnosis, payments accepted for bills for purposes of Rule 3009.1, pre-existing conditions, reasonableness of medical expenses charged and facts and circumstances of medical fee schedule. |

| 10. | Representative of Downing Chiropractic Clinic and/or Matthew Downing, D.C. 105 E. Vandament ave. Yukon, OK 73099 | Will testify regarding Plaintiff's medical treatment, condition, history, diagnosis, payments accepted for bills for purposes of Rule 3009.1, pre-existing conditions, reasonableness of medical expenses charged and facts and circumstances of medical fee schedule. |
|---|---|---|
| 11. | Representative of Northwest Physical Therapy & Sports Rehab J. Arron White, PT, ATC Jade Hazelbaker, PT Maddi Pfleider, DPT Matthew Harrington, PT 2630 Oklahoma Ave. Woodward, OK 73801 | Will testify regarding Plaintiff's medical treatment, condition, history, diagnosis, payments accepted for bills for purposes of Rule 3009.1, pre-existing conditions, reasonableness of medical expenses charged and facts and circumstances of medical fee schedule. |
| 12. | Representative of Olsen Orthopedics and/or Dr. L. Todd Olsen 1140 S. Douglas Blvd. Oklahoma City, OK 73130 | Will testify regarding Plaintiff's medical treatment, condition, history, diagnosis, payments accepted for bills for purposes of Rule 3009.1, pre-existing conditions, reasonableness of medical expenses charged and facts and circumstances of medical fee schedule. |
| 13. | Persons necessary to authenticate and/or identify Defendant's exhibits. | |
| 14. | Person's necessary to provide testimony and evidence of Plaintiff's medical damages for purposes of Rule 3009.1 compliance. | |
| 15. | Persons identified through ongoing discovery | |
| 16. | Defendant reserves the right to call any witnesses listed by Plaintiff and not objected to by Defendant. | |

Case 5:25-cv-00067-J   Document 25-3   Filed 12/08/25   Page 4 of 4

Respectfully submitted,

*/s/ Michael W. Brewer*
**MICHAEL W. BREWER, OBA # 11769**
**ANDRE V. FARINHA, OBA #32910**
**HILTGEN & BREWER, P.C.**
9505 North Kelley Avenue
Oklahoma City, OK 73131
Telephone: (405) 605-9000
Facsimile: (405) 605-9010
**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of November 2025, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

**JAKE ALDRIDGE, OBA #21932**
**DAVID L. TEASDALE, OBA #30307**
**ALDRIDGE & TEASDALE, PLLC**
324 W. Main Street
Norman, OK 73069
Telephone: 405-447-4878
Fax: 405-329-4878
Email: jake@getatlaw.com
Email: david@getatlaw.com
**ATTORNEYS FOR PLAINTIFF**

*/s/Michael W. Brewer*
**MICHAEL W. BREWER**