

PLAINTIFF'S EXHIBIT