

PLAINTIFF'S
EXHIBIT
"5"
tabbies