## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHELSEA BATTLES, | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | § Case No.: CIV-25-00067-J |
| | § |
| WAL-MART STORES EAST, INC., and | § |
| WAL-MART STORES EAST, LP, d/b/a | § |
| WAL-MART SUPERCENTER #150 a/k/a | § |
| WAL-MART INC. | § |
| | § |
| Defendants. | § |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Plaintiff, Chelsea Battles, by and through her counsel of record, dismisses her cause of action against Defendant, with prejudice to the refiling of said cause.

Dated: December 22, 2025.               Respectfully submitted,


*/s/David L. Teasdale*
Jake Aldridge, OBA #21932
David L. Teasdale, OBA #30307
ALDRIDGE & TEASDALE, PLLC
324 W. Main Street
Norman, OK 73069
Telephone: (405) 447-4878
Facsimile: (405) 329-4878
Jake@getatlaw.com
David@getalaw.com
**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of December 2025, I electronically transmitted the attached document to the Clerk of this Court using the ECF System for filing.  Based upon the records currently on file with this Court, the Clerk of this Court will transmit a Notice of Electronic Filing to the following ECF registrants:

**MICHAEL W. BREWER, OBA # 11769**
**HILTGEN & BREWER, P.C.**
9505 North Kelley Avenue
Oklahoma City, OK 73131
(405) 605-9000 - Telephone
(405) 605-9010 – Facsimile
Email: mbrewer@hbokc.law
**ATTORNEYS FOR DEFENDANT**

/s/David L. Teasdale_____
DAVID L. TEASDALE, OBA #30307